ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

EUGENE MILLER
v.
Officers Gaffney, #11040, Emily Byrnes, #15492, and the City of Chicago, a Municipal Corporation

Case Number: **08 C 1420**

FILED
MARCH 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eugene Miller

| | |
|---|---|
| NAME (Type or print) | |
| Standish E. Willis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Standish E. Willis | |
| FIRM | |
| The Law Office of Standish E. Willis, Ltd | |
| STREET ADDRESS | |
| 407 South Dearborn, Suite 1395 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6275057 | (312) 554-0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |