UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EUGENE MILLER,** | ) | |
| Plaintiff, | ) | Case No. 08 C 1420 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| **OFFICER GAFFNEY, #11040,** | ) | Magistrate Judge Nolan |
| **OFFICER EMILY BYRNES, #15492,** | ) | |
| **AND THE CITY OF CHICAGO,** | ) | |
| **A MUNICIPAL CORPORATION** | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Teniece Harris
      407 S. Dearborn, suite 1395
      Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in his place or stead, on **5-7-08 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2146** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 1 MAY 08, in accordance with the rules on electronic filing of documents

                                    Respectfully submitted,
                                    /s/  SanjayPatel
                                    SANJAY H. PATEL
                                    Assistant Corporation Counsel
                                    30 N. LA SALLE ST., SUITE 1400
                                    CHICAGO, ILLINOIS  60602
                                    (312) 742-3902
                                    ATTORNEY NO. 06272840