**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Eugene Miller
                                   Plaintiff,

v.                                              Case No.: 1:08−cv−01420
                                                   Honorable Ruben Castillo

Officer Gaffney, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendants' agreed motion to extend time in which to answer or otherwise plead [9] is granted. All defendants to answer or otherwise plead to the complaint on or before 6/6/2008. Parties to file the joint status report on or before 6/9/2008. Settlement conference reset to 6/12/2008 at 4:00 PM. Motion hearing set for 5/7/2008, status report filing date of 5/21/2008 and settlement conference set for 5/27/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.