UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Eugene Miller
                              Plaintiff,

v.                                              Case No.: 1:08–cv–01420
                                                Honorable Ruben Castillo

Officer Gaffney, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Defendants' oral request to reset the settlement conference is granted. Parties to file the joint status report on or before 6/13/2008. Settlement conference reset to 6/17/2008 at 4:00 PM. Settlement conference set for 6/12/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.