UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| Plaintiff, | ) | Case No. 08 C 1420 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| OFFICER GAFFNEY, #11040, | ) | Magistrate Judge Nolan |
| OFFICER EMILY BYRNES, #15492, | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Teniece Harris
      407 S. Dearborn, suite 1395
      Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**
I hereby certify that I have served this notice and attached document by causing it to be electronically sent by the Court's efile notification system to all attorneys of record on this 29TH day of MAY, 2008.

Respectfully submitted,
/s/  SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840