IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| | ) | No: 08 C 1420 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: CASTILLO |
| | ) | |
| OFFICER GAFFNEY, #11040, | ) | |
| OFFICE EMILY BYRNES, #15492 | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

A.  Nature of the Case

   Bases for Jurisdiction; nature of the claims and counterclaims:

   **The Plaintiff has asserted the following claims: False Arrest under 42 U.S.C. Section 1983 and Malicious Prosecution under Illinois law. The Plaintiff asserts that on February 6, 2007, he was arrested without probable cause by two Chicago police officers. No counter claims have been asserted.**


   Relief sought by Plaintiff, including computation of claimed damages, if any.

   **The Plaintiff seeks compensatory and punitive damages. At this time, computation of damages is not available.**


   Name of legal parties that have not been served.  **None.**


   Major legal issues.

   **Whether Defendant had probable cause to arrest Plaintiff?**

   Major factual issues.

   **Whether the Defendant officers had a legal basis to stop Plaintiff.  Whether Defendant officers was aware that Plaintiff's license plate sticker was not**

**expired.**

Citations to key authorities which will assist the Court in understanding the ruling on the issues.

B. <u>Preparation of Draft Scheduling Order</u>.

**Fact Discovery to be completed by September 2, 2008. Expert Discovery to be completed by November 2, 2008. Dispositive Motions filed by October 2, 2008. Responses by November 2, 2008 and Replies due by November 17, 2008. The earliest parties will be available for trial is February 2009.**

C. <u>Trial Status</u>

Whether or not a jury has been requested. **A jury has been demanded**

Probable length of the trial. **3 days**

D. <u>Consent to Proceed Before a Magistrate Judge</u>

**The parties do not consent to a Magistrate Judge for all proceedings**

E. <u>Settlement Status</u>

**Your honor has requested an early settlement conference set for June 17, 2008. The parties plan to exchange an offer and demand letter prior to the settlement conference.**

                                              Respectfully Submitted,

                                              <u>s/Teniece Harris</u>
                                              One of the Attorneys for the Plaintiff

                                              <u>s/Sanjay Patel</u>
                                              Assistant Corporation Counsel
                                              Attorney for Individual Defendants
                                              30 North LaSalle Street-Suite 1400
                                              Chicago, IL 60602