## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eugene Miller

                      Plaintiff,

v.                                            Case No.: 1:08–cv–01420

                                                         Honorable Ruben Castillo

Officer Gaffney, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's counsel's office notified the Court that plaintiff's counsel is ill. Therefore, the settlement conference set for 6/17/2008 is vacated. Settlement conference reset to 7/1/2008 at 5:00 PM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.