**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eugene Miller
                              Plaintiff,

v.                                                       Case No.: 1:08–cv–01420
                                                                  Honorable Ruben Castillo

Officer Gaffney, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/16/2008. Some progress made toward settlement. Defendants are requested to make a written settlement offer to plaintiff's counsel on or before 7/24/2008 in light of the Court's settlement recommendations. A firm litigation schedule will be set at the next status hearing. The Court will hold a status hearing in open court on 7/31/2008 at 9:45 a.m. unless the Court is notified that the case has settled or the parties consent to the general jurisdiction of the designated magistrate judge.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.