# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eugene Miller

                          Plaintiff,

v.                                                   Case No.: 1:08–cv–01420
                                                            Honorable Ruben Castillo

Officer Gaffney, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/31/2008 and continued to 8/5/2008 at 9:45 AM. A firm litigation schedule and a firm trial date will be set at the next status hearing unless the parties settle or consent to the jurisdiction of the named magistrate judge.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.