## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eugene Miller

                    Plaintiff,

v.                                      Case No.: 1:08–cv–01420
                                                       Honorable Ruben Castillo

Officer Gaffney, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/5/2008 and continued to 9/30/2008 at 9:45 a.m. Jury trial set for 12/1/2008 at 9:45 a.m. The parties are granted leave to proceed with all discovery. All discovery to be completed on or before 10/30/2008. A modified pretrial order, which includes a list of agreed and contested witnesses, a list of agreed and contested trial exhibits, and any motions in limine, should be submitted on or before 11/10/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.